Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Jennifer Seraphine (*pro hac vice* to be filed)
seraphine@turnerboyd.com
Jacob Zweig (*pro hac vice* to be filed)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Tel: (650) 521-5930
Fax: (650) 521-5931

Attorneys for Plaintiff Align Technology, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCHINGER ORTHODONTICS, P.C. and DR. WILLIAM DISCHINGER, <br><br> Defendants. | Civil Action No. 3:24-cv-763-SB <br><br> REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY |

Pursuant to Docket No. 3 in this matter and Standing Order 2011-9, plaintiff Align

Technology, Inc. files this request for a refund of a duplicate $405.000 payment made when

REQUEST FOR REFUND         1

initiating this action. The refund requestor is counsel for plaintiff Align Technology, Inc., Klaus H. Hamn, whose name, address and telephone number are listed in the caption above.[1]

Attached hereto is supporting documentation including a copy of two electronic payment receipts of $405 each (5/7/2024, 7:11:35 p.m. ET; 5/7/2024 8:23:49 p.m. ET) and a copy of the Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which the second payment was made (5/7/2024, 5:30 p.m. PT).[2]

DATED: May 13, 2024                                          Respectfully submitted,

                                                             *s/ Klaus H. Hamm*
                                                             Klaus H. Hamm, OSB No. 091730

---

[1] The underlying duplicate transactions were made using a credit card issued to Pamela Woodies, who is Mr. Hamm's legal assistant, and refund to the same credit card is requested, per Standing Order 2011-9.

[2] Due to an apparent technical issue, no NEF issued when the first payment was made.

REQUEST FOR REFUND                                           2

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Pamela Woodies |
| **Subject:** | Pay.gov Payment Confirmation: OREGON DISTRICT COURT |
| **Date:** | Tuesday, May 7, 2024 4:12:58 PM |
| **Attachments:** | external.png |
| | first_time_sender_warning.png |
| | finance_warning.png |
| | orange.png |

⊙ External email ›

⊙ First time sender ›

⊙ Contains topics of a financial nature ›

⚠ This email shows signs of phishing ›

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

   Account Number: 4121266
   Court: OREGON DISTRICT COURT
   Amount: $405.00
   Tracking Id: AORDC-9405459
   Approval Code: 019444
   Card Number: ************4341
   Date/Time: 05/07/2024 07:11:36 ET


NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Pamela Woodies |
| **Subject:** | Pay.gov Payment Confirmation: OREGON DISTRICT COURT |
| **Date:** | Tuesday, May 7, 2024 5:24:13 PM |
| **Attachments:** | external.png |
| | finance_warning.png |
| | orange.png |

⊙ External email ›

⊙ Contains topics of a financial nature ›

⚠ This email shows signs of phishing ›

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 4121266
Court: OREGON DISTRICT COURT
Amount: $405.00
Tracking Id: AORDC-9405762
Approval Code: 072035
Card Number: ************4341
Date/Time: 05/07/2024 08:23:49 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:24-cv-00763-SB Align Technology, Inc. v. Dischinger Orthodontics, P.C. et al Complaint |
| **Date:** | Tuesday, May 7, 2024 5:31:44 PM |
| **Attachments:** | external.png |

 External email

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Oregon

### Notice of Electronic Filing

The following transaction was entered by Hamm, Klaus on 5/7/2024 at 5:30 PM PDT and filed on 5/7/2024

| | |
|---|---|
| **Case Name:** | Align Technology, Inc. v. Dischinger Orthodontics, P.C. et al |
| **Case Number:** | 3:24-cv-00763-SB |
| **Filer:** | Align Technology, Inc. |
| **Document Number:** | 1 |
| **Judge(s) Assigned:** | Stacie F. Beckerman (presiding) |

**Docket Text:**
Complaint. Filing fee in the amount of $405 collected. Agency Tracking ID: AORDC-9405762 Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Jury Trial Requested: Yes. Included patents/trademarks: 2409473--11/28/2000--Align, 3060471--2/21/2006--Align Technology, Inc., 3191195--1/2/2007--Align Technology, Inc., 3418121--4/29/2008--Align Technology, Inc., 3911988--1/25/2011--Align Technology, Inc.. Filed by Align Technology, Inc. against William Dischinger, Dischinger Orthodontics, P.C. (Attachments: # (1) Exhibit Exhibit A - Align Launches campaign to reach millions of teens, # (2) Exhibit Exhibit B - 2018 Platinum and Agency Elite Awards - PRNEWS, # (3) Exhibit Exhibit C - Silver _ Multichannel Campaign of 2018, large product size - MM+M, # (4) Exhibit Exhibit D - Jeopardy - What is... #Invisalign on #Jeopardy_ Facebook, # (5) Exhibit Exhibit E - Jeopardy Celebrities and viewers, # (6) Exhibit Exhibit F -Charli -Invisalign maker gets big boost from TikTok_s top star _ CNN Business, # (7) Exhibit Exhibit G - KEEGAN-MICHAEL KEY RETURNS TO HOST NFL HONORS PRESENTED BY INVISALIGN, # (8) Exhibit Exhibit H - Dischinger Orthodontics Homepage, # (9) Exhibit Exhibit I - Your First Visit With The Orthodontist, # (10) Exhibit Exhibit J - Invisalign Vs Braces - Dischinger Orthodontics, # (11) Exhibit Exhibit K - Invisalign Spark Clear Aligners, # (12) Exhibit Exhibit L - Invisalign Teen -

Dischinger Orthodontics, # (13) Exhibit Exhibit M - Invisalign Costs - Dischinger Orthodontics, # (14) Exhibit Exhibit N - Invisalign FAQs - Dischinger Orthodontics, # (15) Exhibit Exhibit O - Top Portland Orthodontist, # (16) Exhibit Exhibit P - Industry Insights_ Maximizing Practice Efficiency by Dr. Bill Dischinger - Orthotown, # (17) Exhibit Exhibit Q - Finding the Right Aligner Brand for Your Practice _ Orthodontic Products, # (18) Exhibit Exhibit R - William Michael Dischinger _ OpenPayments, # (19) Exhibit Exhibit S - 1,000 Spark cases Dinner, # (20) Civil Cover Sheet, # (21) Proposed USPTO Report, # (22) Proposed Summons to Dischinger Orthodontics, # (23) Proposed Summons to William Dischinger). (Hamm, Klaus)

**3:24-cv-00763-SB Notice has been electronically mailed to:**

Klaus H. Hamm     Klaus.Hamm@Klarquist.com, 8023212420@filings.docketbird.com, amy.uhl@klarquist.com, litigationdocketing@klarquist.com, pamela.woodies@klarquist.com

**3:24-cv-00763-SB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-0] [7 0550ee68e75b160e565bfbfdd76f193e847819b5f6977fa2a4757d0b59b87d9ffd2cf9 c269e8dcf2faec4695c978aca5351021a0f1a8580cf1f636322120174]]
**Document description:**Exhibit Exhibit A - Align Launches campaign to reach millions of teens
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-1] [9 7d2d38f4dc8b3b6600660e00b1945afc35e31bda5b8ee8a2109a2703cd915abfea091f aed44183b4edb525ba678a6ad679566052ee5be5da7928da77814d7b6]]
**Document description:**Exhibit Exhibit B - 2018 Platinum and Agency Elite Awards - PRNEWS
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-2] [0 1e87129c174771c7ee63d4c8c4352aca1b406864fceb0c347ce8419c762177cdd4ef59 64367a4abc535722d718c47cc3dae3190d01815efe9002e4fc2aa129e]]
**Document description:**Exhibit Exhibit C - Silver _ Multichannel Campaign of 2018, large product size - MM+M
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-3] [4 2dd7bea8c0514cad94e39154cad84da5d063bbe53f00cf5c5ebc0c98cbd9ef29d404de 3792d6922b111c97a205a0cdf6affe5f4c2ff44b2164094ef21fcdbbf]]
**Document description:**Exhibit Exhibit D - Jeopardy - What is... #Invisalign on #Jeopardy_ Facebook
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-4] [5

4b113fcec4fe524fd16a033c78fa4ff765aa93edbc01774ac59b1f5192c08575eeacfa2d3c4b3491088d5ecafa10864fcd22e9dd306cf4d5b14bb8443ab8188]]
**Document description:**Exhibit Exhibit E - Jeopardy Celebrities and viewers
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-5] [7df791fce333ea20d244686591b36e90b172cc862f1d7fa0f57b6042ec24581efc934ae9659058893d8b287a95b690c39170857b18f6ec4c008c26958d3ebd2a]]
**Document description:**Exhibit Exhibit F -Charli -Invisalign maker gets big boost from TikTok_s top star _ CNN Business
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-6] [36d44ab75cb0f315591bc55638bc687ebea8547dc2eb29e6545315e650aa37620a570cb91c4882e34e7797906be683265ed2c6ee3ab2b439cdf33017cfe29fbe]]
**Document description:**Exhibit Exhibit G - KEEGAN-MICHAEL KEY RETURNS TO HOST NFL HONORS PRESENTED BY INVISALIGN
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-7] [19883b60977cb0184c18900ef5d6af41d0ebdf4939c8717fb5657e756a94dc991aecce4e913606c58ad60ad034d44ad45386cebb6979c24b9508cb649fba0ccf]]
**Document description:**Exhibit Exhibit H - Dischinger Orthodontics Homepage
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-8] [667a9b2f2400e8bac59f82ea22950bd4028de2d531c9dd30574a809ffc46c9ccc89255501fe8f10825dc979732ae8dbc5872a02bbab331d4744285c24fcbc4ae]]
**Document description:**Exhibit Exhibit I - Your First Visit With The Orthodontist
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-9] [314fc1378ab4b1ad4be69761796b0ff58c51c48b92bab4a52eb06efb76b10fee16cd61404c5643e0228a8a379ef3c91891dbc7d9bdc80d785bc9fab447b6855c]]
**Document description:**Exhibit Exhibit J - Invisalign Vs Braces - Dischinger Orthodontics
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-10] [8675fcc16835f024e07b883615345fa43157f2988fce535524d18f02ad0b18c49363696dd396f7f7995fb23b485835e8c2ff9dcaf2464b598e4f0296d3815216]]
**Document description:**Exhibit Exhibit K - Invisalign Spark Clear Aligners
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-11] [07cd31edde8e4d48d3c17f0bb6503e3f9d4c01f67e7b8c672423b309cf59f94b0a68f989f6a0b4ed0433b705a7628694d62926bd3250f96cf6e21b09a4f6e549]]
**Document description:**Exhibit Exhibit L - Invisalign Teen - Dischinger Orthodontics
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-12] [1efc07944cd42f66506e988199b90e739edb27a521015750ea3c5ba8e273b9439ffa64

488fcdf54cbb8370887e06baa6b8a0537dba9ef9720594a44df44c247f]]
**Document description:**Exhibit Exhibit M - Invisalign Costs - Dischinger Orthodontics
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-13] [
4afc89b135412f8cd7e7ff30b9342977eb031c92cd7d5b59484707ededdaf621a9291d
b4012dbb6ad738255b2b1f4423ac13ec27a5f067fa5407df4641d53ad5]]
**Document description:**Exhibit Exhibit N - Invisalign FAQs - Dischinger Orthodontics
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-14] [
a3813e647c126691fbc8b58c329f19baae5858eb6a3f91e0a38fa9928e1d8e9d19c348
030c0cb733ab491a11629d0890a666f7b925120122186332300cd36de5]]
**Document description:**Exhibit Exhibit O - Top Portland Orthodontist
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-15] [
85c822cfb721fa0494dbb9cabbdd262f6b343130b24f2ea2d794818341cab6da6f5e6a
2555f8827429d2bb971c65a51ad814a3b8739c2acb887579cbced5ee07]]
**Document description:**Exhibit Exhibit P - Industry Insights_ Maximizing Practice Efficiency by Dr. Bill Dischinger - Orthotown
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-16] [
0549c0683d6e7aea1504fd89ffca64a297e20d4cafa571c40dcb938dcbaf3700390d71
a0fe18333e6e2d16218bd5d0a88d5ce77e0a28a81a28a8af0c122c00bb]]
**Document description:**Exhibit Exhibit Q - Finding the Right Aligner Brand for Your Practice _ Orthodontic Products
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-17] [
9ccec0b281260f1c0fb1aa534845eaba2b8e6e85a245050321f46b5ce9ff8cdc4be389
ce6814233130f693c167ad2f48dcd82d9fc4425e9e1d55204b1b36d3a1]]
**Document description:**Exhibit Exhibit R - William Michael Dischinger _ OpenPayments
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-18] [
1354337e8de205096ba36921bd4801e8652730e71f2be2ab1a32bed2524f5bc8561471
7f2dc9c1880fd1ca3c40cccf198c8680a6c0b8ec7122cacf7946e422bf]]
**Document description:**Exhibit Exhibit S - 1,000 Spark cases Dinner
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-19] [
5396709c9405f10be63ed2c9d8e3a3f425aecbfb311d3fbd2552c1c8c4d60cb72b8861
2b29c451ddefae27c40de655c5013e15bb5871a807aa1bbf058d7f8d42]]
**Document description:**Civil Cover Sheet
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-20] [
53cac7c496824a64182f724f1878b7031110204d37798773f8e9cbde513e66221c43c7

58b6500fbe0a9715d6dae1acfd78c8d6361a27419343bbc11401fb0cd6]]
**Document description:** Proposed USPTO Report
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-21] [aba78d15448ac0b1df02db87364ed2d736c4342831526149129447f04312e58fcb8988acdce447380717e3cb329aeb67cf99519a861017c6ae86aec4b93a2412]]
**Document description:**Proposed Summons to Dischinger Orthodontics
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-22] [6450da68aaddf01c65e7729b3b050425d6209f41dff372f244ba767060a52a21343aef26aa33fc43c1876f076cfe6d960ef4491cd45ca05218d2d16f7159658a]]
**Document description:**Proposed Summons to William Dischinger
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=5/7/2024] [FileNumber=8569335-23] [174903d43b8500e635f27e422172fa8c97b77e1b8791339aef1822bd9d3ce152be8a4493a674eeca55a5464d7748372eeec88084529ff9e16b8e94cadd0cddfa]]