UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCHINGER ORTHODONTICS, P.C. and DR. WILLIAM DISCHINGER, <br><br> Defendants. | Civil Action No. 3:24-cv-00763-SB |

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Upon consent of the parties, the Court hereby makes the following findings of fact and conclusions of law, and orders as follows:

1. The Court has jurisdiction over the parties and the subject matter.

2. Align is the owner of numerous INVISALIGN trademarks, including without limitation those asserted in this case: U.S. Trademark Registration No. 4025403; U.S. Trademark Registration No. 3191195; U.S. Trademark Registration No. 3060471; U.S. Trademark Registration No. 3911988; U.S. Trademark Registration No. 3418121; U.S. Trademark Registration No. 2409473; U.S. Trademark Registration No. 3627894; U.S. Trademark Registration No. 3661970; and U.S. Trademark Registration No. 4767183 (collectively, the "INVISALIGN Marks").

3. The above-referenced trademark registrations for the INVISALIGN Marks are valid and enforceable, and are in full force and effect, and Align is the owner of all right, title, and interest in the registrations.

4. Defendants Dischinger Orthodontics, P.C. and Dr. William Dischinger ("Defendants") stipulate to the entry of a consent judgment and permanent injunction enjoining any future use of the INVISALIGN Marks, or any colorable imitation thereof, or any other mark or designation confusingly similar to the INVISALIGN Marks, in an infringing manner or in false advertising in the provision of dental or orthodontic products and services.

5. Accordingly, judgment is hereby entered in favor of Plaintiff Align and against Defendants on Counts I-VI of Align's Complaint in this action.

6. A permanent injunction is hereby entered in favor of Plaintiff Align and against Defendants Dischinger Orthodontics, P.C. and Dr. William Dischinger; Defendant Dischinger Orthodontics, P.C.'s officers, agents, servants, employees, and attorneys; and all persons and entities in active concert or participation with Defendants Dischinger Orthodontics P.C. and Dr. William Dischinger as of the date of this Judgment. These parties are hereby permanently enjoined from using the INVISALIGN Marks, or any colorable imitation thereof, or any other mark or designation confusingly similar to the INVISALIGN Marks, in an infringing manner or in false advertising in the provision of dental or orthodontic products and services.

7. Defendants irrevocably and fully waive any and all rights to appeal this stipulated Consent Judgment and Permanent Injunction.

8. The parties shall bear their own costs and fees related to this matter.

9. The Parties, by and through their undersigned counsel, consent to jurisdiction and venue in the District of Oregon, to the jurisdiction of the undersigned United States Magistrate Judge to conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment, including under Federal Rule of Civil Procedure

72(b) and 28 U.S.C. §§ 636(c), (e)(4), and to entry of this Consent Judgment and Permanent Injunction.

10. The Court shall retain jurisdiction over this matter to enforce the terms of this order.

DATED: June 12, 2024

*Stacie F. Beckerman*

Honorable Stacie F. Beckerman
United States Magistrate Judge

Dated: June 11, 2024

By: _____
Klaus H. Hamm, OSB No. 091730
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Jennifer Seraphine (*pro hac vice*)
seraphine@turnerboyd.com
Jacob Zweig (*pro hac vice*)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Tel: (650) 521-5930
Fax: (650) 521-5931

Attorneys for Plaintiff Align Technology, Inc.

By: _____
Steven T. Lovett, OSB No. 910701
Steve.lovett@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave, Ste. 3000
Portland, OR 97205
Telephone: (503) 224-3380

Attorneys for Defendants Dischinger Orthodontics, P.C. and Dr. William Dischinger